IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARTIN ALCANTAR-LOPEZ,

     Petitioner,

v.

CAROL HOLINKA,

     Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-225-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of

habeas corpus.

By: _Lynn Kaule, Deputy Clerk_      6-16-10
    Peter Oppeneer, Clerk of Court        Date